USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
SECURITIES AND EXCHANGE
COMMISSION,

                 Plaintiff,

      -v-

ALAN T. SHEINWALD, et al.,

                 Defendants.
--------------------------------------------------------------- X

No. 12 Civ. 5811 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

It is hereby:

ORDERED that a conference has been scheduled for April 30, 2013 at 11:00 a.m.

SO ORDERED.

Dated:     April 19, 2013
            New York, New York

_____
Ronnie Abrams
United States District Judge