**MEMO ENDORSED**

### THE LAW OFFICE OF FLORIAN MIEDEL

April 24, 2013

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/25/13
```

Hon. Ronnie Abrams
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: **Securities and Exchange Commission v. Sheinwald, et al.**
12-CV-5811 (RA)

Dear Judge Abrams:

I represent Defendant Ren Hu in the above captioned matter. The parties were recently notified via ECF that the Court has scheduled a conference in this matter for April 30, 2013 at 11:00 a.m. I have an oral argument before the Second Circuit scheduled at that time, so I respectfully request an adjournment of the conference.

I have conferred with the SEC and with counsel for co-defendant, and if it is acceptable to the Court, a conference during the week of May 6 (except at 3:30 on May 7th, the afternoon of May 8th, or anytime on May 9th) would be preferable.

Thank you for your consideration.

Sincerely,

Florian Miedel

Cc: Osman Nawaz, Esq. (SEC)
Paul Gizzi, Esq. (SEC)
Ernest Badway, Esq.

Application granted. The conference currently scheduled on April 30, 2013 has been adjourned to May 8, 2013 at 10:00 a.m. SO ORDERED.

USDJ
4/25/13

Trinity Centre • 111 Broadway Suite 1401 • New York New York 10006 • 212-616-3042(T) • 212-616-3046(F)
www.Miedellaw.com